IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 3:15-CR-243-K |
| | § | |
| RASHAN HERRING (01) | § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE

Before the Court is the Psychological Report by Lisa Bellah, Ph.D., Licensed Psychologist and Bailey Graves, M.A., Psychological Intern, of Defendant Rashan Herring, filed on January 12, 2016. The Court referred this Psychological Report and case to U.S. Magistrate Judge Paul D. Stickney, on February 4, 2016, for a competency hearing.

On February 18, 2016, the U.S. Magistrate Judge Paul D. Stickney held a competency hearing regarding this report, and Defendant Herring offered no objection to the report, and through counsel, offered no evidence or argument.

No objections have been filed by the Government or Defendant. The District Court has reviewed the proposed findings and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings and Recommendation of the United States Magistrate Judge.

It is **ORDERED** that the findings contained in the Psychological Report by Lisa Bellah, Ph.D., Licensed Psychologist and Bailey Graves, M.A., Psychological Intern, of Defendant Rashan Herring regarding the competency, are hereby adopted.

Therefore, the Court finds that Defendant Rashan Herring is competent to stand trial.

A scheduling order shall issue setting this case for trial.

SO ORDERED.

Signed March 13th, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE